**Order entered December 11, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01388-CV

**DAVID JAMES ROBERT SNODGRASS, ET AL., Appellants**

**V.**

**NH RESOURCES LLC, ET AL., Appellees**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-14337**

## ORDER

We **GRANT** appellants' December 9, 2015 unopposed motion for an extension of time to file a brief. Appellants shall file a brief by **DECEMBER 29, 2015**. We caution appellants that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/ ELIZABETH LANG-MIERS
   JUSTICE